**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JEROD HORTON, ID # 09563-089** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No. 3:16-CV-2805-N-BH |
| | ) | |
| **CHIEF U.S. MARSHAL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SIGNED this 27th day of January, 2017.**

_____
**UNITED STATES DISTRICT JUDGE**